IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VERONICA MAY VIGIL,**

    Plaintiff,

v.                                                                     CIV 12-1289 LH/RHS

**CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,**

        **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S ANALYSIS AND PROPOSED
DISPOSITION, GRANTING PLAINTIFF'S MOTION TO REVERSE AND REMAND
ADMINISTRATIVE AGENCY DECISION**

      THIS MATTER comes before the Court on the Magistrate Judge's Analysis and Proposed Disposition (Doc. 28) regarding Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (Doc. 24). Defendant did not file any objections to the Magistrate's Proposed Disposition (Doc. 28) and the deadline for doing so has passed. After a de novo review, the Court concludes that the Magistrate Judge's Analysis and Proposed Disposition should be and hereby are adopted by the Court.

      Consistent with the Magistrate Judge's Analysis, Plaintiff's Motion to Reverse and Remand Administrative Agency Decision (Doc. 23) is GRANTED. This matter is **REMANDED** to the Commissioner of the Social Security Administration to conduct proceedings consistent with the Magistrate's Analysis.

      IT IS SO ORDERED.

                                                          _____
                                                          SENIOR UNITED STATES DISTRICT JUDGE